0262

LAKE CITY DEVELOPMENT CORPORATION, Appellant, v. GILBERT CONSTRUCTION COMPANY, LTD., J. L. Hamilton & Sons, Inc., Fellers and Associates, Robert H. Fellers, Architect, National Steel Products Company, Defendants, of which Gilbert Construction Co., Ltd. is Respondent.

(320 S. E. (2d) 494)

Court of Appeals

*E. LeRoy Nettles, E. LeRoy Nettles, Jr.,* and *James R. Epps,* of *Nettles, Turbeville & Reddeck,* Lake City, *for appellant.*

*L. Franklin Elmore* and Mark W. Buyck, Jr., Florence, *for respondent.*

*Hammond A. Beale* and *Danny C. Crowe,* Columbia, *for defendants.*

*J. L. Hamilton & Sons, Inc., pro se.*

Heard Aug. 2, 1984.

Decided Sept. 13, 1984.

SHAW, Judge:

This appeal is from an order of the lower court allowing the respondent, Gilbert Construction Company, to join the Town of Lake City, James Law, Yarn Industries, C. B. Askins & Company, Inc., and I & T Mechanical Engineers, Inc. as third party defendants. We dismiss.

The order granted to respondent, Gilbert Construction Company, Ltd., the right within thirty days to serve an amended answer, counterclaim, cross-complaint and third party summons upon the Town of Lake City, Yarn Industries, Inc., James Law, C. B. Askins & Company, Inc. and I & T Mechanical Engineers, Inc.

The order of the lower court was not final at the time this appeal was taken and therefore is not appealable. Section 14-3-330 Code of Laws of South Carolina, 1976, as amended. *Goodson v. R. A. Taylor Construction Company*, 266 S. C. 33, 221 S. E. (2d) 102 (1975).

Appellant's appeal, being interlocutory is

Dismissed.

BELL and GOOLSBY, JJ., concur.